UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CONSTANCE HADDAD,
    Plaintiff,

-v-

MICHIGAN STATE UNIVERSITY,
BOARD OF TRUSTEES, PRESIDENT,
SECRETARY OF THE BOARD OF TRUSTEES,
and FORMER SECRETARY OF THE BOARD
OF TRUSTEES,
    Defendants.

No. 1:08-cv-609

HONORABLE PAUL L. MALONEY

## JUDGMENT

Having dismissed the federal claims in Plaintiff's complaint and having declined to exercise jurisdiction over Plaintiff's remaining state law claim, pursuant to Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT** is entered in favor of Defendants and against Plaintiff.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: November 23, 2010

/s/ Paul L. Maloney
Paul L. Maloney
Chief United States District Judge